No. 87–967. PRICE ET AL. *v.* PIERCE, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. 7th Cir. Certiorari denied.

No. 87–982. HOLLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87–986. BREIER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–1018. WOLF *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–1039. JUARBE ANGUEIRA *v.* ARIAS, DIRECTOR OF THE PUBLIC BUILDING AUTHORITY. C. A. 1st Cir. Certiorari denied.

No. 87–1048. LEMAIRE ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–1079. PALUMBO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 87–1084. RAMEY *v.* GENERAL ACCOUNTING OFFICE. C. A. D. C. Cir. Certiorari denied.

No. 87–1093. BOERENVEEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–1142. ILLINOIS DEPARTMENT OF REVENUE ET AL. *v.* ANDRAS ET AL. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 87–1154. WILSON *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 87–1184. CURRY ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 87–1193. MIAMI HERALD PUBLISHING CO. *v.* GRIDLEY, CIRCUIT JUDGE OF FLORIDA, ORANGE COUNTY, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 87–1197. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* THOMPSON. Sup. Ct. Fla. Certiorari denied.